UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV14-6834 PSG (MRWx) | Date | January 5, 2015 |
|---|---|---|---|
| Title | *Major Textile Imports, Inc. v. dELIA*s, Inc., et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order VACATING Scheduling Conference Date and Administratively CLOSING Case

Based on the Request for Order to Withdraw Scheduling Conference, the scheduling conference date is vacated. The case is administratively closed and can be reopened by application of any party.

IT IS SO ORDERED.